UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

April 17, 2009

SEE NOTICE OF ELECTRONIC FILING

**RE:   RUDY STANKO, vs. HERMAN QUAY, et al**

District Court Case No. 09-cv-00371-BNB
Notice of Appeal filed by Plaintiff on April 16, 2009
Other pending appeals: None

      Attached are the following documents for the parties in connection with the notice of appeal: Copy of the notice of appeal and a copy of the docket sheet. Attached for the pro se appellant is a letter from the U.S. Court of Appeals and a Pro Se Docketing Statement.

      The appellant has filed a Motion and Affidavit to Proceed on Appeal Pursuant to 28 U.S.C. § 1915(b) and Fed. R. App. P. 24. The motion is pending before this court. The parties and the Court of Appeals will be notified of this court's decision.

      Upon determination of the appellant's "fee status", the record on appeal will be transmitted to the Court of Appeals in accordance with the Tenth Circuit Rules.

      Sincerely,
      GREGORY C. LANGHAM, Clerk


      by   s/ Gail Shaw
           Deputy Clerk


cc:   Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)