**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

April 17, 2009

Douglas E. Cressler
Chief Deputy Clerk

Mr. Rudy Stanko
# 18259-013
FCI El Reno
P.O. Box 1500
El Reno, OK 73036-0000

**RE:**     **09-1159, Stanko v. Quay, et al**
             Dist/Ag docket: 1:09-CV-00371-BNB

Dear Appellant:

The court has docketed the appeal in this case.

You must complete and file an entry of appearance form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed.

Prisoners must pay the full amount of the filing fee. *See* 28 U.S.C. 1915(b)(1). The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the act. They include providing a certified copy of the prisoner's trust fund statement for the preceding six months, and consenting to the collection of the funds from the prisoner's account by the custodian.

The district court is reviewing your fee status. Until the district court enters an order, proceedings on appeal are suspended. When that is done, you will receive further instructions.

Prisoners are reminded that to invoke the prison mailbox rule they must immediately file a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732 (2004), *revised and superseded*, 371 F.3d 713 (10th Cir. 2004), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir. 2004), *cert. denied*, 125 S.Ct. 624, (U.S. Nov 29, 2004).

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/sls